UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

USA

24 Cr. 116-01 (NSR)

      - against -

MAXIM MARCHENKO,

                ORDER ACCEPTING
                PLEA ALLOCUTION

              Defendant.

-------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Victoria Reznik, United States Magistrate Judge, dated February 29, 2024, is

approved and accepted.

                                    SO ORDERED.

                              _____

                              Hon. Nelson S. Román,
                              United States District Judge

Dated: White Plains, NY
       April 22, 2024.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___04/22/2024___